IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA G. TIAMZON,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant.<br>_____ / | No. C-07-2065 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 3) |

    Before the Court is plaintiff's application to proceed in forma pauperis, filed April 12, 2007. Plaintiff's statement therein that her husband earns "$600.00 more or less" per month is not sufficiently precise, particularly in light of plaintiff's statement that her basic expenses exceed $1500 per month.

    Accordingly, plaintiff's application is hereby DENIED, without prejudice to plaintiff's filing an amended application that sets forth with more precision her husband's income, and explains how she meets her monthly expenses in light of any apparent inadequacy of her husband's earnings to meet such expenses.

    This order terminates Docket No. 3.

    **IT IS SO ORDERED.**

Dated: April 18, 2007

                                                MAXINE M. CHESNEY
                                              United States District Judge