IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA G. TIAMZON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　Defendant.<br>_____/ | No. C-07-2065 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO PAY FILING FEE** |

　　　On April 18, 2007, the Court denied plaintiff's application to proceed in forma pauperis without prejudice to plaintiff's filing an amended application that set forth more precisely her husband's income and provided an explanation as to how she meets her monthly expenses in light of any apparent inadequacy of her husband's earnings to meet such expenses. As of the date of this order, plaintiff has not filed an amended application, nor has she filed any additional documents with the Court.

　　　Accordingly, plaintiff is hereby ORDERED to pay the filing fee no later than October 10, 2007. If plaintiff fails to do so, the above-titled action will be dismissed without prejudice.

　　　**IT IS SO ORDERED.**

Dated: September 19, 2007　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge