IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA G. TIAMZON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant | No. 07-2065 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE** |

"If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or its own initiative, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified period . . . ." Fed. R. Civ. P. 4(m).

Plaintiff filed her complaint on April 12, 2007. To date, plaintiff has not filed proof of service of the summons and complaint upon defendant. See Fed. R. Civ. P. 4(l) ("If service is not waived, the person effecting service shall make proof thereof to the court."). Pursuant to Rule 4(m), the Court hereby ORDERS PLAINTIFF TO SHOW CAUSE, in writing and no later than December 7, 2007, why the instant action should not be dismissed for failure to serve within the time required by Rule 4(m).

**IT IS SO ORDERED.**

Dated: November 19, 2007

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge