IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA G. TIAMZON,<br><br>　　　　Plaintiff,<br>　v.<br><br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant<br>_____/ | No. 07-2065 MMC<br><br>**ORDER RE: ORDER TO SHOW CAUSE; EXTENDING DEADLINE FOR PLAINTIFF TO EFFECTUATE SERVICE OF SUMMONS AND COMPLAINT** |

　　　　Before the Court is plaintiff Teresita G. Tiamzon's response, filed December 7, 2007, to the Court's order of November 19, 2007, which order directed plaintiff to show cause why the instant action should not be dismissed for failure to timely serve the summons and complaint on defendant.

　　　　In the response, plaintiff's counsel states he "mistakenly expected the clerk to automatically . . . issue a summons after payment of a filing fee, and to send the summons to Plaintiff via mail or e-mail." (See Pl.'s Resp. at 1:26-28). Counsel further states that on December 7, 2007, he "asked for and received a summons and served it by mailing." (See id. at 1:20-21). Plaintiff's counsel has not, however, filed proof of service.

　　　　Because it appears plaintiff's counsel was mistaken regarding the procedures for

effectuating service,[1] and there being no apparent prejudice to defendant by reason of the delay,[2] the Court will exercise its discretion to afford plaintiff an extension of time to effectuate service of the summons and complaint on defendant. See Fed. R. Civ. P. 4(m) ("If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or its own initiative, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified period . . . .").

Accordingly, the deadline by which service of the summons and complaint must be effectuated is hereby EXTENDED to December 26, 2007. If, by that date, plaintiff's counsel files proof of such service, the order to show cause will be discharged.

**IT IS SO ORDERED.**

Dated: December 11, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Rule 4(b) of the Federal Rules of Civil Procedure provides, in relevant part:

> Upon or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is in the proper form, the clerk shall sign, seal and issue it to the plaintiff for service on the defendant.

See Fed. R. Civ. P. 4(b).

[2] The instant action is limited to a review of an administrative record.

2