IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA G. TIAMZON,<br><br>　　　　Plaintiff,<br>　v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant | No. 07-2065 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE** |

　　　The Court is in receipt of plaintiff's proof of service, filed December 26, 2007 in response to the Court's November 19, 2007 Order to Show Cause Why Action Should Not Be Dismissed for Failure to Serve ("Order to Show Cause").[1]

　　　Good Cause Appearing, the Order to Show Cause is hereby DISCHARGED.

　　　**IT IS SO ORDERED.**

Dated: January 3, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] By order filed December 11, 2007, the deadline for plaintiff's response was extended to December 26, 2007.