1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11

12 TERESITA TIAMZON,                )
                                    )   CIVIL NO. C 07-02065 MMC
13     Plaintiff,                   )
                                    )
14     v.                           )   STIPULATION AND ORDER FOR
                                    )   EXTENSION
15 MICHAEL J. ASTRUE,               )
   Acting Commissioner of           )
16 Social Security,                 )
                                    )
17     Defendant.                   )
   _____  )
18

19     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20 approval of the Court, that the Commissioner have a 60-day extension of time in which to answer or

21 otherwise respond to Plaintiff's Complaint. The extension is being requested because the Commissioner

22 is currently unable to locate the audio tape associated with the September 22, 2005 hearing decision that

23 is the subject of this action. The Commissioner is continuing to search for the file and the parties agree

24 that seeking an extension is the best procedural option at this time.

25     The Commissioner's answer to Plaintiff's Complaint is due on March 10, 2008, it will now be

26 due on May 9, 2008.

27 ///

28 ///

| | | |
|---|---|---|
| Dated: March 7, 2008 | | /s/ *James Hunt Miller*  <br> *(As authorized via telephone on March 7, 2008)* <br> JAMES HUNT MILLER <br> Attorney for Plaintiff |

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 7, 2008   By:   /s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have an additional 60 days in which to answer or otherwise respond to Plaintiff's Complaint, up to and including May 9, 2008.

Dated: March 10, 2008

MAXINE M. CHESNEY
United States District Judge