IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA G. TIAMZON,<br><br>　　　　Plaintiff,<br>　v.<br><br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant.<br>_____ / | No. 07-2065 MMC<br><br>**ORDER DIRECTING DEFENDANT TO INFORM COURT REGARDING CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

    In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). Plaintiff in the above-titled action previously consented to proceed before a magistrate judge. (See Pl.'s Consent to Proceed Before a United States Magistrate Judge, filed Dec. 6, 2007.)

    Accordingly, defendant is hereby DIRECTED to advise the Court, no later than June 6, 2008, as to whether defendant consents to have a magistrate judge conduct all further proceedings in the instant action.[1] For defendant's convenience, a consent form is

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled. The Court further notes that defendant has not filed an answer within the period provided by the parties' stipulation filed March 10, 2008.

attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.  The parties are further advised that they may jointly request assignment to a specific magistrate judge.  Because plaintiff previously filed a general consent, any such joint request must be made in a separate document filed concurrently with defendant's consent.

**IT IS SO ORDERED.**

Dated: May 20, 2008

MAXINE M. CHESNEY
United States District Judge

2