IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA G. TIAMZON, | No. 07-2065 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant / | |

By order filed May 20, 2008, the Court directed defendant Commissioner of the Social Security Administration to advise the Court, by a date no later than June 6, 2008, whether defendant does or does not consent to have a magistrate judge conduct all further proceedings in the instant action.[1]  To date, no response has been filed.

Accordingly, defendant Commissioner of the Social Security Administration is hereby ORDERED TO SHOW CAUSE, in writing and no later than June 23, 2008, why sanctions should not be imposed for said defendant's failure to comply with the Court's order.

**IT IS SO ORDERED.**

Dated: June 12, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] By said order, the Court further advised both parties that the parties' stipulated deadline for defendant to file an answer had passed without an answer having been filed. To date, no answer has been filed, nor has plaintiff filed a request for entry of default or taken any other action to prosecute the matter in the absence of such answer.