**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA G. TIAMZON, | No. 07-2065 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant | |

The Court having received defendant's response to the Court's June 12, 2008 Order to Show Cause, and good cause having been shown for defendant's failure to comply with the Court's earlier order, the Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: June 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge