JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA TIAMZON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C 07-02065 MMC<br><br>STIPULATION AND ORDER FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner shall have an additional 45-days in which to respond to Plaintiff's complaint in order to further explore the possibility of constructing the administrative record in this case.

    The Commissioner had previously sought an extension of time to answer Plaintiff's complaint because the recording of the September 22, 2005 hearing could not be located.  As the Commissioner represented in his June 20, 2008, response to this Court's June 12, 2008, Order to Show Cause, the parties were looking into the possibility of voluntarily remanding this matter pursuant to sentence six of 42 U.S.C. § 405(g).  The Commissioner's intention was to grant Plaintiff a de novo hearing.  However, Counsel for Plaintiff has subsequently informed the undersigned Counsel for the Commissioner that he may have access to a tape of administrative hearing tape that the Commissioner no longer has in his

possession. The parties would like additional time in which to determine whether Counsel can access the tape – if it exists, it is currently in the possession of another attorney – and whether the tape may be used to generate an official, certified administrative record.

The parties seek 45 days because, if the tape exists, it must be forwarded to the Commissioner's Office of Disability Adjudication and Review in Falls Church, Virginia and an official administrative record of Plaintiff's claim file must be created. Given the time required to schedule and conduct a de novo administrative hearing, the possibility that the lost hearing tape may be located, a transcript may be certified, and an administrative record generated within 45 days would be faster than remanding for a de novo hearing. If, on the other hand, the parties learn that the Counsel cannot access the hearing tape, the parties will file a joint stipulation for remand for a de novo hearing as soon as possible, which would be considerably less than 45 days.

Dated: June 23, 2008                /s/ *James Hunt Miller*
                                      (*As authorized on June 23, 2008*)
                                    JAMES HUNT MILLER
                                    Attorney for Plaintiff


                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

Dated: June 23, 2008        By:     /s/ *Elizabeth Firer*
                                    ELIZABETH FIRER
                                    Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that the Commissioner shall have an additional 45 days in which to respond to Plaintiff's Complaint.


Dated:  June 24, 2008               _____
                                    MAXINE M. CHESNEY
                                    United States District Judge

2