1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11

12  TERESITA TIAMZON,                )
                                     )   CIVIL NO. C 07-02065 MMC
13       Plaintiff,                  )
                                     )
14       v.                          )   STIPULATION AND ORDER FOR
                                     )   REMAND PURSUANT TO SENTENCE SIX
15  MICHAEL J. ASTRUE,               )   OF 42 U.S.C. § 405(g)
    Acting Commissioner of           )
16  Social Security,                 )
                                     )
17       Defendant.                  )
    _____    )
18

19       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20  approval of the Court, that this action be remanded to the Commissioner of Social Security for further

21  administrative action pursuant to sentence six of 42 U.S.C. § 405(g).  Upon remand, Plaintiff will be

22  granted a de novo administrative hearing.  The Commissioner has been unable to locate the audio tape

23  associated Plaintiff's September 22, 2005 hearing decision, which is the subject of this action.  The

24  parties had previously stipulated to an extension of time for the Commissioner to answer Plaintiff's

25  Complaint with the hope that the tape would be located, but that has not happened so Plaintiff will be

26  given an new hearing.  The parties filed another stipulated extension when information surfaced

27  suggesting that Plaintiff's counsel might be able to access to the tape, but that has not been the case.

28
    ///

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: July 3, 2008 | | /s/ *James Hunt Miller*   *(As authorized on July 3, 2008)* |
| 3 | | | JAMES HUNT MILLER<br>Attorney for Plaintiff |
| 4 | | | |
| 5 | | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 6 | | | |
| 7 | Dated: July 3, 2008 | By: | /s/ *Elizabeth Firer* |
| 8 | | | ELIZABETH FIRER<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter shall be remanded for a de novo hearing pursuant to sentence six of 42 U.S.C. § 405(g).

Dated: July 21, 2008

ELIZABETH ___
United States ___

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Elizabeth D. Laporte, Judge Elizabeth D. Laporte]*

2